AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CHRISTOPHER FUGATE | Case No.   6:14CR60005-001 |
| | USM No.   11620-010 |
| | Bruce Eddy |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   One, Two, and Three   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | New law violations, possession of a firearm, possession of controlled substances | August 23, 2019 |
| Two | Failure to notify probation officer of law enforcement contact | August 26, 2019 |
| Three | Association with persons convicted of felony offenses | March 23, 2019 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   0947

Defendant's Year of Birth:   1990

City and State of Defendant's Residence:
Hot Springs, Arkansas

November 17, 2022
Date of Imposition of Judgment

*Susan O. Hickey* (signature)
Signature of Judge

The Honorable Susan O. Hickey, Chief U.S. District Judge
Name and Title of Judge

November 18, 2022
Date

Judgment — Page 2 of 2

DEFENDANT: CHRISTOPHER FUGATE
CASE NUMBER: 6:14CR60005-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Nine (9) months imprisonment consecutive to his term of imprisonment in Case No. 6:19CR60037-001. There will be no term of supervised release to follow in this case.**

☒ The court makes the following recommendations to the Bureau of Prisons:
FCI Forrest City or FCI Memphis

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL